1
2
3
4
5
6 **IN THE UNITED STATES DISTRICT COURT**
7 **FOR THE DISTRICT OF ARIZONA**
8

| | |
|---|---|
| Geoffrey Heard,<br><br>    Plaintiff,<br><br>v.<br><br>Commissioner of Social Security Administration,<br><br>    Defendant. | NO. CV-23-00756-PHX-DJH<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed September 12, 2023, this case is remanded to the Social Security Administration. On remand, the Acting Commissioner of Social Security will remand the case to an administrative law judge for further administrative proceedings.

                                        Debra D. Lucas
                                        District Court Executive/Clerk of Court

September 12, 2023

                                        s/ Wendy Poth
                           By   Deputy Clerk